STATE v. E. S. TEETER.

(Same syllabus as in *State* v. *Alexander*, *ante* 231.)

PEARSON, C. J.   *Dissenting.*

*(State* v. *Alexander ante*, cited and approved.)

INDICTMENT for Receiving Stolen Goods, tried at Spring Term, 1876, of CABARRUS Superior Court, before *Schenck, J.*

The jury rendered a verdict of guilty and the defendant was sentenced to imprisonment in the Penitentiary for a term of two years at hard labor. The defendant appealed, and during the pendency of the appeal, filed a plea of Pardon granted by Gov. Brogden on the 30th of October, 1876.

*Attorney General,* for the State.

*Messrs. R. Barringer* and *W. H. Bailey*, for defendant.

READE, J. The facts as to the pardon in this case are the same as in *State* v. *Alexander*, at this term, and the principles of law are the same and the decision the same.

PER CURIAM. We declare the defendant entitled to be discharged upon the payment of costs and upon the terms of the pardon.